

# Fourth Court of Appeals
## San Antonio, Texas

June 21, 2018

No. 04-18-00048-CR

Jerry Louis **ZULAICA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CR-10438
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on July 10, 2018.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of June, 2018.

_____
Keith E. Hottle
Clerk of Court